■ In the Matter of BRIAN D., Appellant, v KATHLEEN M.D., Respondent. (Appeal No. 1.) [821 NYS2d 544]—Appeal from an order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered January 31, 2005 in a proceeding pursuant to Family Court Act article 4. The order, among other things, dismissed the petition seeking to modify the support provisions of the judgment of divorce.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.